# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PREPARED FOOD PHOTOS, INC. f/k/a ADLIFE MARKETING & COMMUNICATIONS CO., INC., | * * |
| Plaintiff, | * |
| v. | *   Civil Case No.: 1:24-cv-03360-JKB |
| B&B SEAFOOD, INC., | * |
| Defendant. | * |

\*      \*      \*      \*      \*      \*      \*

## ORDER

Good cause having been shown, the Order of Default against Defendant, B&B Seafood, Inc., is hereby VACATED and the time for Defendant B&B Seafood, Inc. to respond to Plaintiff's Complaint is hereby extended to March 17, 2025.

_____  2/11/25
The Honorable James K. Bredar

cc:     All Parties of Record