IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **PREPARED FOOD PHOTOS, INC.,** | * | |
| **Plaintiff,** | * | |
| v. | * | CIVIL NO. JKB-24-3360 |
| **B&B SEAFOOD, INC.,** | * | |
| **Defendant.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

Prepared Food Photos, Inc. filed a Complaint against B&B Seafood, Inc. on November 21, 2024. (ECF No. 1.) Defendant's answer was due on December 30, 2024. (*See* ECF No. 5.) Defendant failed to answer by that date, and, on January 14, 2025, the Court directed Plaintiff to file and serve a motion for the Clerk's entry of default or to explain why such motion was inappropriate. (ECF No. 6.) Plaintiff filed such motion, and the Clerk entered a default. (ECF Nos. 7–9.) Thereafter, on February 11, 2025, the parties filed a stipulation seeking that the default be vacated, explaining that they were "explor[ing] the Plaintiff's claims and whether they can be resolved through a mutually acceptable arrangement," and requesting that "Defendant's time to respond to the Plaintiff's Complaint be extended to March 17, 2025." (ECF No. 12.) The Court approved the stipulation. (ECF No. 13.) However, it is now April 2, 2025, and Defendant has not filed an answer or other response to Plaintiff's Complaint.

Accordingly, it is ORDERED that:

1. The Parties are DIRECTED to file a Status Report by April 7, 2025; and
2. Defendant is DIRECTED to file a responsive pleading or appropriate motion by April 7, 2025.

DATED this __2__ day of April, 2025.

BY THE COURT:

_/s/ James K. Bredar_
James K. Bredar
United States District Judge
